CA 2:05-0931

Charlie Vayshone Green
Registration # 19106-058
United States Penitentiary - Lee county
P.O Box 305
Jonesville, VA 24263



FILED
NOV 23 2005
TERESA L. DEPPNER, CLERK
U.S. District Courts
Southern District of West Virginia

Charles H. Haden
Chief Judge
P.O Box 351
Charleston, W.V 25322-0351

11-7-2005

RE: Charlie Vayshone Green
    Petitioner

    vs.

Federal Bureau of prisons
    Respondent(s)

Seeking Damages-from the Federal Bureau of prisons for, Freedom Bill Of Civil Rights violations, false imprisonment ! Civil Right Freedom Damages are being Seeked !

I

Chief Your Honor Haden:

I Charlie Vayshone Green the Petitioner, am pleading for help in an life threatning situation of unConstitutional paying for false imprisonment, Bill Of Civil Rights violations by the United States Penitentiary-Lee county V.A wardens recreateing a form of slavery! My United States Of America Constitutional, and Civil Rights as an United States American Citizen are in violation!

How this is truthfully happening, I should have been Released truthfully prior to my 46 month sentence, that was mistakeingly imposed by Judge Mcknight on 12-16-2003, docket number 3:02CR163-1! Reason being my family had a Civil lawsuit against the Charlotte, N.C mecklenburg county jail, cause I was not recieveing my incomeing mail, this I know is a Federal Offence! In my case, cause this lead to severe troubleing matters with my loved family!

Instead of the late Judge Mcknight complying with the Immediate Release Order that was issued from the Civil lawsuit Judge Mcknight falsely imprisoned Charlie Vayshone Green by imposeing a prison term, evidently he has made an terrible terrible error!

The U.S.P-Lee county V.A wardens where I have been falsely confined, have been made aware of this error by District Court Orders and Attorney faxs, phone calls and by myself to asure that they understand the severity of my more than serious urgent Freedom Civil Right complaint

How all this has gotten worse, and why. A list of conspitours along with a Deputy Sheriff walter jackson of the Charlotte, N.C mecklenburg county jail, has been sueing the mecklenburg county jail in Charlotte, N.C and the Federal Bureau of prisons, under my name! These conspitours misuse the Judicial procedures for lawsuits, cause of how large settlements can be for people while being incarcerated! Especially when aggrevated as my cases have been thus far!

In an attempt to keep the settlement money from these lawsuits, these conspitours are paying U.S.P-Lee county V.A to not comply with an United States District Court Release Order for Charlie Vayshone Green!

II

Most of these lawsuits require an Immediate Release Order from an District Court Judge, that has not gotten any sort of compliance from U.S.P-Lee county, V.A staff or wardens! Who are allways to recieve an certified copy of each Immediate Release Order! After the Release Order does not get complied with, cause U.S.P-Lee county, V.A wardens have been paid not to comply with the Release Order, there is a tremendous multi Billion dollar Aggrevated Counter lawsuit settlement for that!

This is being done repeatedly, and these Aggrevated lawsuits have been done under my name to this day! This money they are stealing can only be none other than American tax dollars!

Unlawfully without my permission these conspitours have illegally obtained my Power of Attorney license, and deposit these settlement checks at wachovia N. Tryon street Charlotte, N.C branch, in an illegal arrangement of the names, the illegal Power of Attorney holders name first, instead of the name printed on the checks that is Charlie Vayshone Green!

These Conspitours Deputy Sheriff walter jackson, amber Price, Jaquita bess and Sarah colours attempt to keep the settlement money that comes from all these Aggrevated lawsuits is paying U.S.P-Lee county, V.A wardens to violate my Civil Rights, unConstitutionally, by accepting the stolen United States American tax dollars for false imprisonment

The U.S.P-Lee county, V.A wardens, are recreateing a form of slavery under the Bureau of prisons to make sick, unlawfully fraudulant money from holding United States American Citizens in unlawfully sick Bill Of Civil Rights, unConstitutional violateing confinement! I have demanded to be treated appropriately, and be Released as the Immediate District Court Release Order demands!

The wardens of U.S.P-Lee county, V.A can not handle the severity of my demanding questions of my Freedom not alone

III

Bill Of Civil Rights violations unConstitutional ignorance! Rather them faceing my submitted administrative request, I've been denied the proper attention a situation such as this demands! The wardens are hideing from me, and the truth of these Bill Of Civil Right Freedom matters!

Proof enough for me is being held in confinement when I should be free! If we follow the number trail from these conspitours to the U.S.P-Lee county staff members, and any other conspitours we will have an undenieable case of violations of the Bill Of Civil Rights, and United States Constitution that the laws of the United States Of America are built!

I need this unConstitutional behavior eliminated!

I'm Seekeng Civil Rights Act Damages - For Bill Of Civil Rights, and unConstitutional violateing scandalous false imprisonment! This inhuman treatment of American Citizens such as I, will not be tolerated! I am strong in my belief that this Freedom Bill Of Civil Rights fraud of violations of false imprisonment be stopped! And I will Rightfully be a free man like the Constitution of the United States of America and Bill Of Civil Rights demand for every United States American Citizen with Liberty, and Justice for us all!

I am an United States American Citizen Sir, please do not allow this illegal foolishness to take place under your Jurisdiction, Bill Of Civil Rights Freedom matters!

An United States American Citizen
Seeking Damages In need of your help
Charlie Vayshone Green
*Charlie V Green*
11-7-2005